UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RHO, SUN | § | Case No. 10-25366 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/03/2012 in Courtroom 642,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois   60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/01/2012                              By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RHO, SUN § Case No. 10-25366
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.34 |
| and approved disbursements of | $ | 12.53 |
| leaving a balance on hand of[1] | $ | 4,987.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,250.03 | $ 0.00 | $ 1,250.03 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 2,185.50 | $ 0.00 | $ 2,185.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 8.40 | $ 0.00 | $ 8.40 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,736.93 |
| Remaining Balance | $ 1,250.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,679.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | MORGAN LEE RECEIVABLES, INC. | $ 9,083.88 | $ 0.00 | $ 254.32 |
| 000002 | YELLOW BOOK SALES & DISTRIBUTION | $ 270.00 | $ 0.00 | $ 7.56 |
| 000003 | DISCOVER BANK | $ 5,511.27 | $ 0.00 | $ 154.30 |
| 000004 | ASSET ACCEPTANCE LLC / ASSIGNEE / FLEET BANK | $ 8,452.79 | $ 0.00 | $ 236.65 |
| 000005 | AMERICAN EXPRESS BANK, FSB | $ 6,036.34 | $ 0.00 | $ 169.00 |
| 000006 | MORGAN LEE RECEIVABLES, INC. | $ 9,535.15 | $ 0.00 | $ 266.95 |
| 000007 | CREDIT ONE | $ 5,789.89 | $ 0.00 | $ 162.10 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,250.88 |
| | Remaining Balance | | $ | 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/Frances Gecker
                    Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                           Case No. 10-25366-SPS
Sun Rho                                                          Chapter 7
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko               Page 1 of 3                  Date Rcvd: Mar 05, 2012
                              Form ID: pdf006              Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2012.
db           +Sun Rho,    9458 Bay Colony, #3S,    Des Plaines, IL 60016-3652
aty           Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
               Chicago, IL 60610
15671529     +AMEX,   Acct # 3499909391665513,    301 N Walnut St.,    Wilmington, DE 19801-3964
15671528     +AMEX,   Acct # 3499909391665513,    PO Box 981537,    El Paso, TX 79998-1537
16841527      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15671542     +Arnold Scott Harris, PC,    600 W. Jackson Blvd,    Suite 450,    Chicago, IL 60661-5636
15671527     +Attention Funding Trust, LLC,    PO Box 724087,    Atlanta, GA 31139-1087
15671547      Bank of America,    4060 Ogletown,    Newark, DE 19713
15671548      Bank of America,    PO Box 7047,    Dover, DE 19903
15671549     +Bank of America,    1825 E. Buckeye Rd.,    Phoenix, AZ 85034-4216
15671550    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     Acct # 4791242049175154,    PO Box 85015,
                Richmond, VA 23285)
15671554    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
              (address filed with court: Collect America,     Acct # 14782335071208734,    370 17th St.,
                Denver, CO 80202)
15671552     +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
15671551     +Capital One Bank,    15000 Capital One Dr.,    Richmond, VA 23238-1119
15671557     +Cha & Associates,    6116 N. Lincoln,    Chicago, IL 60659-2314
15671534     +Chase,   Acct # 4266812146503452,    PO Box 15298,    Wilmington, DE 19850-5298
15671535     +Chase,    200 Marcus Ave.,    New Hyde Park, NY 11040-3417
15671536     +Chase Bank USA, NA,    201 N. Walnut St.,    Wilmington, DE 19801-2920
15671530     +Citibank South Dakota, N.A.,    Acct # 5588588001642498,    PO Box 6000,    The Lakes, NV 89163-0001
15671541     +City of Chicago,    PO Box 88292,    Chicago, IL 60680-1292
15671555     +Credit One,    Acct # CB190849,    PO Box 625,    Metairie, LA 70004-0625
15671553     +HSBC Bank,    Acct # 545800450657,    PO Box 5253,    Carol Stream, IL 60197-5253
15671526     +Morgan Lee Receivables, Inc,    PO Box 5265,    Skokie, IL 60076-5265
15714341     +Morgan Lee Receivables, Inc.,    c/o Eric M Benveniste,    P.O. Box 1166,
               Northbrook, IL 60065-1166
15671556     +National Check Bureau,    10625 Techwoods Cir.,    Cincinnati, OH 45242-2846
15671531     +Plaza Associates,    PO Box 18008,    Hauppauge, NY 11788-8808
15671537      Sears,    133200 Smith Rd.,    Cleveland, OH 44130
15671539     +Sears,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
15671538    #+Sears,    PO Box 34577,    Louisville, KY 40232-4577
15671532     +Worldwide Asset Purchasing, LLC,    PO Box 3228,    Naperville, IL 60566-3228
15997970     +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
15671545     +Yellow Book of Illinois, LLC,    Acct # 484715,    2560 Renaissance Blvd.,
               King of Prussia, PA 19406-2673
15671544     +Yellow Book of Illinois, LLC,    Acct # 484715,    PO Box 586,    Newark, NJ 07101-0586
15671543     +Yellow Book of Illinois, LLC,    Acct # 484715,    1933 N. Meacham Road,    Suite 600,
               Schaumburg, IL 60173-4390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15671546     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 06 2012 03:23:34      Asset Acceptance,
               PO Box 2036,    Warren, MI 48090-2036
16821984     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 06 2012 03:23:34
               Asset Acceptance LLC / Assignee / Fleet Bank,    Po Box 2036,    Warren MI 48090-2036
15671540      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2012 04:54:59      Discover Financial,
               Acct # 6011007270679987,    PO Box 15316,    Wilmington, DE 19850
16805587      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2012 04:54:59      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
15671533     +Fax: 866-419-3894 Mar 06 2012 04:43:52      US Cellular,    8410 W. Byrn Mawr,    Suite 700,
               Chicago, IL 60631-3418
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: lkorotko            Page 2 of 3              Date Rcvd: Mar 05, 2012
                              Form ID: pdf006           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2012**             **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko              Page 3 of 3              Date Rcvd: Mar 05, 2012
                              Form ID: pdf006             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:
         Eliza H Kim    on behalf of Debtor Sun Rho elizakim@gmail.com
         Frances  Gecker    fgecker@fgllp.com,
          fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com,   csmith@fgllp.com
         Zane L Zielinski    on behalf of Plaintiff Frances Gecker zzielinski@fgllp.com,
          csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                                      TOTAL: 5