UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
RHO, SUN § Case No. 10-25366
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:     CHAPTER 7 ADMIN. FEES     AND CHARGES     (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER     ADMIN. FEES AND     CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED     CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Frances Gecker_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARNOLD SCOTT HARRIS | | | | | |
| | ATTENTION FUNDING TRUST | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |
| | BANK OF AMERICA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL ONE BANK | | | | | |
| | CAPITAL ONE BANK | | | | | |
| | CAPITAL ONE BANK | | | | | |
| | CHA & ASSOCIATES | | | | | |
| | CHASE | | | | | |
| | CHASE | | | | | |
| | CHASE | | | | | |
| | CHASE | | | | | |
| | CHASE | | | | | |
| | CHASE | | | | | |
| | CITIBANK | | | | | |
| | CITY OF CHICAGO | | | | | |
| | COLLECT AMERICA | | | | | |
| | CREDIT ONE | | | | | |
| | HSBC BANK | | | | | |
| | NATIONAL CHECK BUREAU | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SEARS | | | | | |
| | SEARS | | | | | |
| | SEARS | | | | | |
| | US CELLULAR | | | | | |
| | WORLDWIDE ASSET PURCHASING | | | | | |
| | YELLOW BOOK OF ILLINOIS | | | | | |
| | YELLOW BOOK OF ILLINOIS | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | ASSET ACCEPTANCE LLC / ASSIGNEE / F | | | | | |
| 000007 | CREDIT ONE | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000001 | MORGAN LEE RECEIVABLES, INC. | | | | | |
| 000006 | MORGAN LEE RECEIVABLES, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | YELLOW BOOK SALES & DISTRIBUTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-25366 | TAB | Judge: Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | RHO, SUN | | | Date Filed (f) or Converted (c): | 06/03/10 (f) |
| | | | | 341(a) Meeting Date: | 08/10/10 |
| For Period Ending: | 06/15/12 | | | Claims Bar Date: | 05/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ADVERSARY PROCEEDING (Blu Rho) (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 2. CASH (u) Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT (u) Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.34 | FA |
| TOTALS (Excluding Unknown Values) | $350.00 | $0.00 | | $5,000.34 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT AND MADE DISTRIBUTION.

Initial Projected Date of Final Report (TFR): 12/01/11   Current Projected Date of Final Report (TFR): 02/01/12

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-25366  TAB  Judge: Timothy A. Barnes | Trustee Name: Frances Gecker |
| Case Name: | RHO, SUN | Date Filed (f) or Converted (c): 06/03/10 (f) |
| | | 341(a) Meeting Date: 08/10/10 |
| | | Claims Bar Date: 05/10/11 |

/s/   Frances Gecker
_____ Date: 06/15/12
FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-25366 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | RHO, SUN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5142  MONEY MARKET |
| Taxpayer ID No: | *******3361 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/11 | 1 | OW Cellular Corp  1223 1/2 N Milwaukee  Chicago, IL 60622 | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 2,000.00 | | 2,000.00 |
| 02/28/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,000.01 |
| 03/02/11 | 1 | OW Cellular Corp  1223 1/2 N Milwaukee  Chicago, IL 60622 | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 2,500.01 |
| 03/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,500.03 |
| 04/07/11 | 1 | OW Cellular Corp  1223 1/2 N Milwaukee  Chicago, IL 60622 | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 3,000.03 |
| 04/29/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,000.05 |
| 05/05/11 | 1 | OW Cellular Corp  1223 1/2 N Milwaukee  Chicago, IL 60622 | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 3,500.05 |
| 05/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,500.08 |
| 06/06/11 | 1 | OW Cellular Corp  1223 1/2 N Milwaukee  Chicago, IL 60622 | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 4,000.08 |

Page Subtotals          4,000.08          0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-25366 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | RHO, SUN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5142 MONEY MARKET |
| Taxpayer ID No: | *******3361 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,000.11 |
| 07/06/11 | 1 | OW Cellular Corp<br>1223 1/2 N Milwaukee<br>Chicago, IL 60622 | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 4,500.11 |
| 07/29/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,500.14 |
| 08/05/11 | 1 | OW Cellular Corp<br>1223 1/2 N Milwaukee<br>Chicago, IL 60622 | FRAUDULENT TRANSFER SETTLEMENT | 1241-000 | 500.00 | | 5,000.14 |
| 08/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.18 |
| 09/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.22 |
| 10/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.26 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.37 | 4,993.89 |
| 11/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,993.93 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.16 | 4,987.77 |
| 12/29/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,987.81 |
| 12/29/11 | | Transfer to Acct #*******2475 | Bank Funds Transfer | 9999-000 | | 4,987.81 | 0.00 |

Page Subtotals    1,000.26    5,000.34

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-25366 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | RHO, SUN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5142  MONEY MARKET |
| Taxpayer ID No: | *******3361 | | |
| For Period Ending: | 06/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.34 | 5,000.34 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 4,987.81 | |
| | | | Subtotal | | 5,000.34 | 12.53 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.34 | 12.53 | |

Page Subtotals   0.00   0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-25366 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | RHO, SUN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2475  GENERAL CHECKING |
| Taxpayer ID No: | *******3361 | | |
| For Period Ending: | 06/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5142 | Bank Funds Transfer | 9999-000 | 4,987.81 | | 4,987.81 |
| 04/05/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.03 | 3,737.78 |
| 04/05/12 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | | | 2,193.90 | 1,543.88 |
| | | | Fees            2,185.50 | 3110-000 | | | |
| | | | Expenses           8.40 | 3120-000 | | | |
| 04/05/12 | 001002 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, Illinois  60604 | Filing Fee Deferral Payment<br>Adversary Filing Fee - 10-02287<br>Frances Gecker, Chap. 7 Trustee v. Sun Rho<br>Filed:  11/10/10 | 2700-000 | | 293.00 | 1,250.88 |
| 04/05/12 | 001003 | MORGAN LEE RECEIVABLES, INC.<br>C/O ERIC M BENVENISTE<br>P.O. BOX 1166<br>NORTHBROOK, IL 60065 | Claim 000001, Payment 2.80% | 7100-000 | | 254.32 | 996.56 |
| 04/05/12 | 001004 | YELLOW BOOK SALES & DISTRIBUTION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126 | Claim 000002, Payment 2.80% | 7100-000 | | 7.56 | 989.00 |

Page Subtotals    4,987.81    3,998.81

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-25366 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | RHO, SUN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2475 GENERAL CHECKING |
| Taxpayer ID No: | *******3361 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | TIMONIUM, MARYLAND 21094 | | | | | |
| 04/05/12 | 001005 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000003, Payment 2.80% | 7100-000 | | 154.30 | 834.70 |
| 04/05/12 | 001006 | ASSET ACCEPTANCE LLC / ASSIGNEE / FLEET BANK<br>PO BOX 2036<br>WARREN MI 48090 | Claim 000004, Payment 2.80% | 7100-000 | | 236.65 | 598.05 |
| 04/05/12 | 001007 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000005, Payment 2.80% | 7100-000 | | 169.00 | 429.05 |
| 04/05/12 | 001008 | MORGAN LEE RECEIVABLES, INC.<br>C/O ERIC M BENVENISTE<br>P.O. BOX 1166<br>NORTHBROOK, IL 60065 | Claim 000006, Payment 2.80% | 7100-000 | | 266.95 | 162.10 |
| 04/05/12 | 001009 | CREDIT ONE<br>ACCT # CB190849<br>PO BOX 625<br>METAIRIE, LA 70004 | Claim 000007, Payment 2.80% | 7100-000 | | 162.10 | 0.00 |

Page Subtotals 0.00 989.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-25366 -TAB |
| Case Name: | RHO, SUN |
| Taxpayer ID No: | *******3361 |
| For Period Ending: | 06/15/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2475  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,987.81 | 4,987.81 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 4,987.81 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,987.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 4,987.81 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********5142 | 5,000.34 | 12.53 | 0.00 |
| GENERAL CHECKING - ********2475 | 0.00 | 4,987.81 | 0.00 |
| | 5,000.34 | 5,000.34 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ___/s/    Frances Gecker___  Date: 06/15/12
FRANCES GECKER

Page Subtotals     0.00     0.00

Ver: 16.06b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*